ACCEPTED
15-24-00126-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/19/2025 3:19 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00126-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/19/2025 3:19:36 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

**Unio Global Trade, LLC,**
**Michael Vogel,** and **Marcela Vogel**,
*Appellants*,

*v.*

**Baron Global Distributors, LLC**,
and **Zinc Point Manufacturing, Inc.**,
*Appellees.*

On Appeal from the 284th District Court, Montgomery County, Texas
Trial Court Cause No. 22-10-14637
Honorable Kristin Bays, presiding

## APPELLANTS' MOTION TO TRANSFER

Bradley W. Snead
Texas Bar No. 24049835
Kenneth J. Fair
Texas Bar No. 24007171
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 (Phone)
(713) 572-4320 (Facsimile)
snead@wrightclosebarger.com
fair@wrightclosebarger.com

Michael B. Bennett
State Bar No. 00796196
Charyl E. Diaz
State Bar No. 05804350
CULHANE MEADOWS PLLC
13101 Preston Road, Suite 110-1520
Dallas, Texas 75240
Telephone: 713-243-3596
Facsimile: 713-589-3054
mbennett@cm.law
cdiaz@cm.law

**Attorneys for Appellants**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

In light of the recent order issued by the Supreme Court of Texas in Case No. 15-24-0015-CV, *Devon Energy Production Company, L.P., et al. v Robert Leon Oliver, et al.*, Appellants Michael and Marcella Vogel hereby file this Motion to Transfer. Appellants hereby ask this Court to promptly transfer this matter from this Court to the Ninth Court of Appeals in Beaumont, Texas.

This matter presents an appeal from a judgment of the 284th Judicial Court in Montgomery County, Texas. Appellants hereby voluntarily move for such a transfer at this time.

In light of the foregoing, Appellants respectfully request this Court transfer this matter promptly. Further, Appellants pray for all other relief to which they may show themselves entitled.

Respectfully submitted,

/s/ Kenneth J. Fair
Bradley W. Snead
State Bar No. 24049835
Kenneth J. Fair
State Bar No. 24007171
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 - Telephone
(713) 572-4320 - Facsimile
snead@wrightclosebarger.com
fair@wrightclosebarger.com

***Counsel for Appellants Michael and Marcela Vogel***

## CERTIFICATE OF CONFERENCE

On March 18, 2025, I conferred with counsel for Appellee, and have received no response from Appellee regarding the relief sought by this motion.

/s/ Kenneth J. Fair
Kenneth J. Fair

## CERTIFICATE OF SERVICE

On March 19, 2025, true and correct copies of this Motion were forwarded to all counsel of record, via e-service, by transmitting to the undersigned's electronic service provider.

/s/ Kenneth J. Fair
Kenneth J. Fair

3

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mona Reynolds on behalf of Kenneth Fair
Bar No. 24007171
reynolds@wrightclose.com
Envelope ID: 98650815
Filing Code Description: Other Document
Filing Description: 250319 Appellant's Motion to Transfer
Status as of 3/19/2025 4:02 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bradley W.Snead | | snead@wrightclosebarger.com | 3/19/2025 3:19:36 PM | SENT |
| Kenneth J.Fair | | fair@wrightclosebarger.com | 3/19/2025 3:19:36 PM | SENT |
| D. ScottFunk | | sfunk@grayreed.com | 3/19/2025 3:19:36 PM | SENT |
| Justin GuyLipe | | jlipe@grayreed.com | 3/19/2025 3:19:36 PM | SENT |
| Michael B.Bennett | | mbennett@cmlaw.com | 3/19/2025 3:19:36 PM | ERROR |
| Charyl E.Diaz | | cdiaz@cmlaw.com | 3/19/2025 3:19:36 PM | ERROR |